Brenda Sue BAILEY; John Allen Babin; Charles Francis Coleman; James Arnold Schnur; Ralph F. Schnur, Petitioners–Appellants,

v.

Charles ROSENTHAL, District Attorney for Harris County Texas, Respondent–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**576**

John Allen Babin, Petitioner–Appellant,

v.

Charles Rosenthal, District Attorney
for Harris County Texas,
Respondent–Appellee.

Charles Francis Coleman,
Petitioner–Appellant,

v.

Charles Rosenthal, District Attorney
for Harris County Texas,
Respondent–Appellee.

James Arnold Schnur, Petitioner–
Appellant,

v.

Charles Rosenthal, District Attorney
for Harris County Texas,
Respondent–Appellee.

Ralph F. Schnur, Petitioner–Appellant,

v.

Charles Rosenthal, District Attorney
for Harris County Texas,
Respondent–Appellee.

No. 04–20516.

USDC Nos. 4:03–CV–1344, 4:03–CV–
1343, 4:03–CV–1342, 4:03–CV–
1341, 4:03–CV–1340.

United States Court of Appeals,
Fifth Circuit.

Decided April 8, 2005.

George McCall Secrest, Jr., Bennett &
Secrest, Houston, TX, for Petitioner–Appellant.

Michael Robert Hull, Assistant County
Attorney, Linda Susan Gibson, Houston,
TX, for Respondent–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

---

PER CURIAM: *

The appellants in this case appeal from
the dismissal of their 28 U.S.C. § 2241
petitions. A certificate of appealability
("COA") is required to appeal "the final
order in a habeas corpus proceeding in
which the detention complained of arises
out of process issued by a State court." 28
U.S.C. § 2253(c)(1)(A). Because the appellants are seeking release from the
pending state criminal proceedings against
them, a COA is required before they can
proceed on appeal. *Stringer v. Williams*,
161 F.3d 259, 261–262 (5th Cir.1998).

The district court must make the initial
determination whether a COA should issue. *Muniz v. Johnson*, 114 F.3d 43, 45
(5th Cir.1997). Accordingly, the case is
REMANDED to the district court for the
limited purpose of the district court's issuance of a COA ruling. Once the district
court has issued its ruling, this court will
consider the case.